```
                  UNITED STATES DISTRICT COURT

                    DISTRICT OF NEW HAMPSHIRE
```

Efrain V. Perez

    v.                                            Civil No. 04-cv-99-SM

Hillsborough County Department
    of Corrections, et al.

NOTICE OF RULING

Re:  (Document No. 46) Defendants' Motion to Dismiss

**Ruling**: Denied without prejudice to filing a well-supported motion for summary judgment. Exhaustion or failure to exhaust has not been shown by affidavit or admissible evidence. The Condon motion was granted based upon assumed facts given the absence of objection.

Entered by:  Steven J. McAuliffe, Chief Judge

Date: August 23, 2005

cc:    Efrain V. Perez, pro se
       Carolyn M. Kirby, Esq.
       John A. Curran, Esq.