UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Efrain Perez

     v.        Civil No. 04-cv-99-SM

Hillsborough County Department
 of Corrections, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 9, 2005, no objection having been filed. Plaintiff's Motion for Preliminary Injunction/Temporary Restraining Order (document no. 58) is denied without a hearing.

SO ORDERED.

January 12, 2006         _____
                Steven J. McAuliffe
                Chief Judge

cc: Efrain Perez, pro se
   John A. Curran, Esq.
   Carolyn M. Kirby, Esq.